**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00309-CR**

_____

**IN RE ADRIAN DAVID HEATH**

**Original Proceeding**

**MEMORANDUM OPINION**

Relator Adrian David Heath filed a petition for writ of mandamus with this Court. Heath complains that the presiding judge of the administrative region denied his motion to recuse the trial judge.

On the record before us, we conclude that we lack mandamus authority over the presiding judge's denial of the motion to recuse the trial judge. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *In re ES Energy Solutions, LP*, No. 05-10-01158-CV, 2010 WL 3720219, at *1 (Tex. App.—Dallas Sept. 24, 2010, orig. proceeding) (mem. op.). Accordingly, we dismiss Heath's petition for writ of mandamus.

1

PETITION DISMISSED.

PER CURIAM

Opinion Delivered August 14, 2013
Do Not Publish
Before McKeithen, C.J., Kreger and Horton, JJ.